# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN, *individually and on behalf of all others similarly situated*, | CV 22-45-BLG-SPW-TJC |
| Plaintiffs, | ORDER |
| vs. | |
| PPL CORPORATION, PPL CAPITAL FUNDING, INC., PPL ELECTRIC UTILITIES CORP., PPL ENERGY FUNDING CORP., PAUL A FARR, MARK F. WILTEN, PETER J. SIMONICH, and DOES 1-50, | |
| Defendants. | |

Pursuant to the terms agreed upon by the Parties and as set forth in the Stipulation (Doc. 34) dated June 15, 2022,

**IT IS HEREBY ORDERED** that Non-Party Talen Montana's Motion to Intervene (Doc. 3) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Talen Montana Retirement Plan's Motion to Transfer Venue (Doc. 11) is **GRANTED.**

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of June, 2022.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE